[No. 24318-1-II.    Division Two.    May 26, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFFORD E. DAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 98-1-00517-8, David R. Draper, J., entered December 11, 1998. *Affirmed in part* and *remanded* by unpublished opinion per Morgan, J., concurred in by Hunt, A.C.J., and Houghton, J.

[No. 24352-1-II.    Division Two.    May 26, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY J. JACOBS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 98-1-01472-3, Terry Kay McCluskey, J., entered January 13, 1999. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Seinfeld, J. Now published at 101 Wn. App. 80.

[No. 24408-0-II.    Division Two.    May 26, 2000.]

GERALD HODGKISS, *Appellant*, v. PIERCE COUNTY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-2-02880-6, Wm. Thomas McPhee, J., entered February 8, 1999. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 24424-1-II.    Division Two.    May 26, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. GEOFERY GREGG JOSHLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 98-8-00362-6, Tracy Mitchell, J. Pro Tem., entered February 16, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld and Houghton, JJ.